# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 14-1426-GW(MANx) | Date | May 22, 2015 |
|---|---|---|---|
| Title | *Cheryl Williams, et al. v. City of Colton, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS): ORDER TO SHOW CAUSE RE SETTLEMENT**

On May 21, 2015, Defendants filed a Joint Notice of Conditional Settlement. The Court sets an Order to Show Cause hearing re: Settlement is set for August 3, 2015 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on July 31, 2015.

All previously set deadlines and dates, including Defendants' Motion for Summary Judgment [30], are vacated and TAKEN OFF-CALENDAR.

Pursuant to the Notice of Conditional Settlement, Defendants Officers Guillermo Bermudez and Michael Farcas are dismissed without prejudice.

:

Initials of Preparer   JG